**Christopher A. ODOM, Plaintiff—
Appellant**

v.

**MT. PLEASANT POLICE DEPARTMENT INSURANCE POLICY HOLDER; Town of Mt. Pleasant Insurance
Policy Holder; Wal–Mart Insurance
Policy Holder; Charleston County
Jail Insurance Policy Holder; State of
South Carolina Insurance Policy**

Holder; State of South Carolina De-
partment of Corrections Insurance
Policy Holder; Department of Correc-
tions of South Carolina Medical In-
surance Policy Holder; State of South
Carolina Bar Association Insurance
Policy Holder, Defendants—Appellees.

No. 10–6312.

United States Court of Appeals,
Fourth Circuit.

Submitted: July 22, 2010.

Decided: Aug. 2, 2010.

Christopher A. Odom, Appellant Pro Se.

Before NIEMEYER, GREGORY, and
SHEDD, Circuit Judges.

Affirmed by unpublished PER
CURIAM opinion.

Unpublished opinions are not binding
precedent in this circuit.

PER CURIAM:

Christopher A. Odom appeals the dis-
trict court's order accepting the recom-
mendation of the magistrate judge and
denying relief on his 42 U.S.C. § 1983
(2006) complaint. We have reviewed the
record and find no reversible error. Ac-
cordingly, we affirm for the reasons stated
by the district court. *Odom v. Mt. Pleas-
ant Police Dep't,* No. 3:09–cv–01941–PMD,
2010 WL 431874 (D.S.C. Jan. 29, 2010).
We dispense with oral argument because
the facts and legal contentions are ade-
quately presented in the materials before
the court and argument would not aid the
decisional process.

*AFFIRMED.*